52 A.3d 1198

### In re REGLAN/METOCLOPRAMIDE LITIGATION.

#### Petition of Hospira Inc.

#### No. 65 EM 2012.

Supreme Court of Pennsylvania.

Aug. 22, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of August, 2012, the Petition for Permission to Appeal is **DENIED.**